# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLD FOREMOST HOLDINGS, LLC,** | : | |
| **Plaintiff** | : | No. 1:15-cv-02234 |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | |
| **RALPH C. MICHAEL, et al.,** | : | |
| **Defendants** | | |

## ORDER

**AND NOW**, on this 9th day of March 2017, **IT IS HEREBY ORDERED THAT** Defendants' motion to dismiss Counts III and IV of Plaintiff's amended complaint (Doc. No. 29), is **GRANTED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania